# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 27, 2018

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

155187

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

CADENCE MICHAEL POHLY,
      Defendant-Appellant.

SC: 155187
COA: 333262
Ottawa CC: 10-001941-DL

_____/

      On order of the Court, the application for leave to appeal the October 14, 2016 order of the Court of Appeals is considered and, it appearing to this Court that the cases of *People v Tucker* (Docket No. 152798) and *People v Snyder* (Docket No. 153696) are pending on appeal before this Court and that the decisions in those cases may resolve an issue raised in the present application for leave to appeal, we ORDER that the application be held in ABEYANCE pending the decisions in those cases.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 27, 2018



Clerk

s0723